**GREG PROSMUSHKIN, P.C.**
Mark Yurovsky, Esquire
Attorney ID No.: 84904
9637 Bustleton Avenue
Philadelphia, PA 19152
(215) 673-7733      Attorney for Plaintiff

BORIS NIKOLAEVSKY

    Plaintiff,      : UNITED STATES DISTRICT COURT
v.      : EASTERN DISTRICT OF
     : PENNSYLVANIA
LA FITNESS INTERNATIONAL, LLC
d/b/a LA FITNESS SPORTS CLUB
and
LA FITNESS SPORTS CLUB,      Civil Case No.: 2:12-CV-05022-PBT

    Defendant.

## STIPULATED ORDER

AND NOW this 24 day of January, 2013, it is hereby Stipulated and Agreed between counsel for all parties involved, that Plaintiff's, Boris Nikolaevsky, total damages recoverable in this matter shall be less than Seventy Five Thousand ($75,000.00) Dollars.

IT IS FURTHER stipulated that this mater shall be REMANDED to the Court of Common Pleas, Philadelphia County.

_____
MARK YUROVSKY, ESQUIRE
Attorney for Plaintiff
Boris Nikolaevsky

_____
NORMAN W. BRIGGS, ESQUIRE
Attorney for Defendants,
LA Fitness International, LLA

APROVED BY THE COURT:

_____
1/31/13